IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| RICHARD BOISE CLAYTON, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | CIVIL ACTION NO. H-03-5715 |
| § | |
| FEDERAL EXPRESS CORPORATION, § | |
| § | |
| Defendant. § | |

## FINAL JUDGMENT

For reasons separately stated in the Memorandum and Order signed by the Court this day, it is

ORDERED and ADJUDGED that Defendant Federal Express Corporation's Motion for Summary Judgment (Document No. 16) is GRANTED, and Plaintiff Richard Boise Clayton's claims against Defendant Federal Express Corporation are DISMISSED with prejudice.

This is a **FINAL JUDGMENT.**

The Clerk will enter this Order and send copies to all counsel of record.

SIGNED at Houston, Texas on this 1st day of June, 2005.

_____
EWING WERLEIN, JR.
UNITED STATES DISTRICT JUDGE